IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re Application of:<br><br>H.M.G., a natural person and citizen of the Republic of Austria,<br><br>Applicant. | Civil Case No.<br>1:13-MI-0038-CAP-LTW<br><br>ORAL ARGUMENT REQUESTED |

## GLOCK, INC.'S, GLOCK, PROFESSIONAL, INC.'S, AND CONSULTINVEST, INC.'S MOTION FOR ORAL ARGUMENT

Christopher E. Parker (Georgia Bar No. 562152
Michael P. Kohler (Georgia Bar No. 427727)
**MILLER & MARTIN, PLLC**
1170 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-7706
Telephone: (404) 962-6100
Facsimile:  (404) 962-6300

– and –

John F. Renzulli (*pro hac vice*)
**RENZULLI LAW FIRM, LLP**
81 Main Street, Suite 508
White Plains, New York 10601
Telephone: (914) 285-0700
Facsimile:  (914) 285-1213

Attorneys for Glock, Inc., Glock Professional, Inc. and Consultinvest, Inc.

Glock, Inc., Glock Professional, Inc., and Consultinvest, Inc. ("the U.S. Glock entities"), by and through their undersigned counsel, hereby request an oral hearing on Helga Glock's Motion to Compel the Production of Documents Sought by the Subpoenas pursuant to 28 U.S.C. § 1782.  The U.S. Glock entities are mindful of Local Rule 7.1(E) which states that motions will generally be decided by the Court without oral hearing.  Because this case stems from the application of an *ex-parte* request to chambers by the Applicant, and the necessary consideration of numerous factual and legal issues (including those arising under Austrian law) the U.S. Glock entities believe believes an oral hearing would be beneficial to the adjudication of the issues now before the Court.

WHEREFORE, the U.S. Glock entities respectfully request that an oral hearing be scheduled by the Court to aid in its consideration of all pending matters.

Dated:  Atlanta, Georgia
       August 5, 2013

                           Respectfully submitted,

                 By:   */s/ Christopher E. Parker*
                         Christopher E. Parker
                         Georgia Bar No. 562152
                         Michael P. Kohler
                         Georgia Bar No. 427727
                         **MILLER & MARTIN, PLLC**
                         1170 Peachtree Street, N.E., Suite 800
                         Atlanta, GA 30309
                         Telephone: (404) 962-6100

Facsimile: (404) 962-6300

– and –

John F. Renzulli (*pro hac vice*)
**RENZULLI LAW FIRM, LLP**
81 Main Street, Suite 508
White Plains, New York 10601
Telephone: (914) 285-0700
Facsimile: (914) 285-1213

Attorneys for Glock, Inc., Glock Professional, Inc. and Consultinvest, Inc.

## **CERTIFICATE OF COMPLIANCE WITH LR 7.1(D)**

I certify that the foregoing Motion for Oral Argument has been prepared using Times New Roman 14 point font, one of the approved font and point selections specified in LR 5.1(C), NDGa.

> */s/ Christopher E. Parker*
> Christopher E. Parker
> Georgia Bar No. 562152
> **MILLER & MARTIN, PLLC**
> 1170 Peachtree Street, N.E., Suite 800
> Atlanta, GA 30309
> Telephone: (404) 962-6100
> Facsimile:  (404) 962-6300
>
> Attorneys for Glock, Inc., Glock Professional, Inc. and Consultinvest, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2013, I electronically filed the Motion for Oral Argument with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Andrew B. Flake, Esq.
    Edward A. Marshall, Esq.
    Jennifer L. Shelfer, Esq.
    Arnall Golden Gregory LLP
    171 17th Street NW, Suite 2100
    Atlanta, GA 30363

    */s/ Christopher E. Parker*
    Christopher E. Parker
    Georgia Bar No. 562152
    **MILLER & MARTIN, PLLC**
    1170 Peachtree Street, N.E., Suite 800
    Atlanta, GA 30309
    Telephone: (404) 962-6100
    Facsimile:  (404) 962-6300

    Attorneys for Glock, Inc., Glock Professional, Inc. and Consultinvest, Inc.

11146002v1 25475-0002