IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re Application of: | Civil Case No.<br>1:13-CV-02598-CAP-LTW |
| H.M.G., a natural person and citizen of the Republic of Austria,<br><br>Applicant. | |

## MAGISTRATE JUDGE'S ORDER

This case is presently before the Court on the following: (1) a Motion to Compel Production of Documents filed by Helga Glock ("Ms. Glock") (Docket Entry 11); (2) a Motion to Amend Opposition to Helga Glock's Motion to Compel the Production of Documents filed by Glock, Inc., Glock Professional, Inc., and Consultinvest, Inc. (collectively referred to as "the Glock Entities") (Docket Entry 17); and the Glock Entities' Motion to Enter a Protective Order (Docket Entry 22). Having considered the motions, responses in opposition, reply briefs, evidence of record, applicable law, and having heard argument for the parties and for good cause shown, the Court hereby **ORDERS** the following:

Ms. Glock's Motion to Compel is **GRANTED IN PART AND DENIED IN PART**. (Docket Entry 11). Ms. Glock's Motion to Compel Production of Documents is **GRANTED** with respect to Ms. Glock's request for the production of documents, and **DENIED** with respect to her request for attorneys' fees and sanctions. (Docket Entry 11). The Court also **OVERRULES** the Glock Entities' objections asserted in response

AO 72A
(Rev.8/82)

to Ms. Glock's requests for documents contained in her subpoenas, including but not limited to, their objections pertaining to undue burden, overbreadth, or cumbersomeness. The Glock Entities are **ORDERED** to begin their production on November 15, 2013, or no later than the entry date of this Order. All documents requested by Ms. Glock **shall** be produced, unless otherwise agreed to by mutual consent of the parties, no later than January 17, 2014. During the course of production, the Court will consider motions by the parties regarding the production of any identified documents the Glock Entities seek to withhold on the basis of privilege.

In addition, the Glock Entities' Motion to Amend is **GRANTED** insofar as the Glock Entities seek to withdraw their objections to the production of documents based on relevancy and prematurity or that the documents are not for use in a foreign proceeding.[1]  Docket Entry 17.  Lastly, the Glock Entities' Motion to Enter a Protective Order is **DEEMED MOOT**.[2]  Docket Entry 22.

**IT IS SO ORDERED** this the 18 day of November, 2013.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] The Glock Entities' decision to withdraw their objection to the production of documents was based, in large part, on the July 3, 2013 ruling of the Austrian Supreme Court.

[2] The parties filed a Consent Protective Order on October 25, 2013, which has been granted by the Court. Docket Entry [29].

AO 72A
(Rev.8/82)